NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001356
04-MAY-2017
08:11 AM

NOS. CAAP-14-0001356 AND CAAP-15-0000660

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


**CAAP-14-0001356**
BANK OF AMERICA, N.A., Plaintiff-Appellee,
v.
MICHAEL JEAN PANZO, Defendant-Appellant,
and
EWA BY GENTRY COMMUNITY ASSOCIATION, Defendant-Appellee,
and
JOHN DOES 1-50; JANE DOES 1-50;
DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50;
DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0152)

AND

**CAAP-15-0000660**
BANK OF AMERICA, N.A., Plaintiff-Appellee,
v.
MICHAEL JEAN PANZO, Defendant-Appellant,
and
EWA BY GENTRY COMMUNITY ASSOCIATION, Defendant-Appellee,
and
JOHN DOES 1-50; JANE DOES 1-50;
DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50;
DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-0152)

ORDER RE: DEFENDANT-APPELLANT'S RESPONSE
TO ICA'S SUMMARY DISPOSITION ORDER
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant's Michael Jean Panzo's (**Panzo's**) May 2, 2017 Response to ICA's Summary Disposition Order, which this court considers to be a motion for reconsideration of its Summary Disposition Order, filed on March 31, 2017, and the records and files in this case,

IT IS HEREBY ORDERED that Panzo's motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, May 4, 2017.

On the motion:

Defendant-Appellant
Michael Jean Panzo, pro se

Chief Judge

Associate Judge

Associate Judge